NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN BREWSTER,       )
                        )
        Appellant,      )
                        )
v.                      )       Case No. 2D17-3293
                        )
STATE OF FLORIDA,       )
                        )
        Appellee.       )
                        )
_____ )

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas W. Krug, Judge.

Stephen Brewster, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


LaROSE, C.J., and CRENSHAW and LUCAS, JJ., Concur.